1  KAYE SCHOLER LLP
   PAMELA J. YATES, Bar Number 137440
2  PAUL GELB, Bar Number 214439
   BETSY L. KATZ, Bar Number 229194
3  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California  90067
4  Telephone:  (310) 788-1000
   Facsimile:   (310) 788-1200
5
   Attorneys for Defendants
6  PFIZER INC., PHARMACIA & UPJOHN LLC
   and GREENSTONE LTD.
7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  KAREN TOWLE,                        )   CASE NO. C 05-00614 SBA
                                        )
13              Plaintiff,              )   **JOINT STIPULATION AND**
                                        )   ~~[PROPOSED]~~ **ORDER EXTENDING**
14  vs.                                 )   **DEADLINES TO FILE OPPOSITION**
                                        )   **AND REPLY BRIEFS ON MOTION TO**
15  WYETH PHARMACEUTICALS, INC.,        )   **REMAND**
    WYETH-AYERST PHARMACEUTICALS,       )
16  INC.; WYETH-AYERST INTERNATIONAL,   )
    INC.; WYETH LABORATORIES, INC.;     )
17  WYETH PHARMACEUTICALS; WYETH,       )   Date:       June 7, 2005
    INC.; PHARMACIA & UPJOHN, INC.;     )   Time:       1:00 p.m.
18  PFIZER, INC.; BARR LABORATORIES, INC.; )   Courtroom:  3 (3rd Floor)
    GREENSTONE LTD.; MICHELLE LUNA; and )
19  DOES 1 through 100, inclusive,      )
                                        )
20              Defendants.             )
                                        )
21  _____  )

22

23

24

25

26

27

28

1    Plaintiff Karen Towle ("Plaintiff") and Defendants Pfizer Inc., Pharmacia & Upjohn LLC

2  (incorrectly named as Pharmacia & Upjohn Inc.), and Greenstone Ltd. (hereinafter collectively

3  referred to as "Defendants"), by and through their respective attorneys, hereby stipulate and agree as

4  follows:

5    1.    On December 22, 2004, Plaintiff filed a Complaint against Defendants in San

6  Francisco County Superior Court for fraudulent concealment, negligence, fraud, negligent

7  misrepresentation, breach of express warranty, and loss of consortium;

8    2.    On February 10, 2005, Defendants removed the action from San Francisco County

9  Superior Court to the United States District Court, Northern District of California;

10    3.    On April 21, 2005, Plaintiff filed a Notice of Motion and Motion to Remand Action

11  to State Court ("Motion to Remand");

12    4.    Defendants' opposition to the Motion to Remand currently is due on May 17, 2005;

13    5.    Defendants have requested, and Plaintiff has agreed, to a three day extension of time

14  for Defendants to respond to the Motion to Remand;

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KAYE SCHOLER LLP

2

1      6.     Subject to the Court's approval, the time by which Defendants must file their

2   Opposition Brief is extended three days, until **May 20, 2005**.  The time by which Plaintiffs must file

3   their Reply Brief also is extended three days, until **May 27, 2005**.  The hearing date ~~remains~~ is **June 7,** 14

4   **2005**.

5

6   Dated:  May 11, 2005                KAYE SCHOLER LLP

7

8                                        By:_____

9                                       Paul Gelb

                                    Attorneys for Defendants

10                                 PFIZER INC., PHARMACIA & UPJOHN LLC

                                 and GREENSTONE LTD.

11

12   Dated:  May 11, 2005                PAUL & JANOFSKY

13

14                                        By: /s/ _____

15                                      Michael B. Gurien

                                    Attorneys for Plaintiff

16                                 KAREN TOWLE

17

18      IT IS SO ORDERED.

19

20   Dated:  May 12 , 2005               /s/ Saundra Brown Armstrong

21                                   HONORABLE SAUNDRA B. ARMSTRONG

                                   UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

KAYE SCHOLER LLP

23162354.WPD          JOINT STIPULATION AND [PROPOSED] EXTENDING FILING DEADLINES

1    6.    Subject to the Court's approval, the time by which Defendants must file their

2  Opposition Brief is extended three days, until **May 20, 2005**. The time by which Plaintiffs must file

3  their Reply Brief also is extended three days, until **May 27, 2005**. The hearing date remains **June 7,**

4  **2005.**

5

6  Dated: May 11, 2005                    KAYE SCHOLER LLP

7

8                                         By:  /s/
                                               _____
9                                              Paul Gelb
                                           Attorneys for Defendants
10                                         PFIZER INC., PHARMACIA & UPJOHN LLC
                                           and GREENSTONE LTD.

11

12  Dated: May 11, 2005                    PAUL & JANOFSKY

13

14                                         By: _____
                                               Michael B. Gurien
15                                         Attorneys for Plaintiff
                                           KAREN TOWLE

16

17

18         IT IS SO ORDERED.

19

20  Dated: May ___, 2005
                                           _____
21                                         HONORABLE SAUNDRA B. ARMSTRONG
                                           UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

3